IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| MILDRED RUBIOLO,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a AMTRAK,<br><br>Defendants. | **CASE NO. 5:17-cv-04698-NC**<br>*Complaint filed: 8/14/17*<br>*Trial Date: 3/4/19*<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, MILDRED RUBIOLO, and Defendant, NATIONAL RAILROAD PASSENGER CORPORATION (Amtrak), through their respective counsel, the above-titled matter having been settled, that the Court dismiss the matter, with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii). Each party agrees to bear their own fees and costs.

DATED: October 11, 2018　　　　　　　　　　**HILDEBRAND McLEOD & NELSON, LLP**

By: _/s/ Paul_
PAULA RASMUSSEN, ESQ.
CHARLES S. BRACEWELL, ESQ.
Attorneys for plaintiff,
MILDRED RUBIOLO

DATED: October 11, 2018              **FLESHER SCHAFF & SCHROEDER, INC.**

                                     /s/ JEREMY J. SCHROEDER
                                     By _____
                                     JACOB D. FLESHER, ESQ.
                                     JASON W. SCHAFF, ESQ.
                                     JEREMY J. SCHROEDER, ESQ.
                                     Attorneys for defendant,
                                     NATIONAL RAILROAD PASSENGER
                                     CORPORATION

**IT IS SO ORDERED**.

Dated: _____October 12, 2018_____    _____
                                     NATH...
                                     United...

*[GRANTED stamp — Judge Nathanael M. Cousins, United States District Court, Northern District of California]*